IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-884-AP

Greg C. Truitt,

    Plaintiff,

v.

Jo Anne B. Barnhart,
Commissioner of Social Security

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Kenneth L. Scott, Esq.
301 E. Main Street, #17
P.O. Box 4046
Buena Vista, CO 81201
(719) 395-9232
(719) 395-9234 (facsimile)
ryanscot@chaffee.net

For Defendant:
Bonnie E. Sims
Special Assistant United States Attorney

*Mailing Address:*
*1961 Stout Street, Suite 1001A*
*Denver, Colorado  80294*

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:** May 16, 2005.

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** June 17, 2005.

    **C.**    **Date Answer and Administrative Record Were Filed:** August 16, 2005.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

There is no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case raises no unusual claims or defenses.

## 7. OTHER MATTERS

None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** October 17, 2005.

    B.    **Defendant's Response Brief Due:** November 17, 2005.

    C.    **Plaintiff's Reply Brief (If Any) Due:** December 5, 2005.

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Plaintiff requests oral argument. This case involves unusual facts, and counsel requests oral argument to highlight the unique application of the law to the facts in this case.

    B.    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.    ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    (X) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of **good cause**.*

DATED this 6th day of September, 2005.

BY THE COURT:

**s/John L. Kane**
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

| | |
|---|---|
| /s/ Kenneth L. Scott | s/ Bonnie E. Sims |
| Kenneth L. Scott | By: |
| Attorney for Plaintiff | Bonnie E. Sims |
| 301 E. Main Street, #17 | Special Assistant U.S. Attorney |
| P.O. Box 4046 | |
| Buena Vista, CO 81201 | *Mailing Address:* |
| (719) 395-9232 | 1961 Stout St., Suite 1001A |
| (719) 395-9234 (facsimile) | Denver, Colorado 80294 |
| ryanscot@chaffee.net | |
| | *Street Address:* |
| Attorney for Plaintiff | United States Attorney's Office |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado 80202 |
| | Telephone: (303) 454-0100 |
| | |
| | Attorney for Defendant(s) |

Please affix counsel's signatures and any *pro se* party's signatures before submission of the proposed Joint Case Management Plan to the court.