UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-00884-WYD

GREG C. TRUITT, JR.

     Plaintiff,

v.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

     Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 29 U.S.C. § 2412 (filed December 12, 2006).  The motion requests fees in the amount of $4616.00 to be paid to Plaintiff's attorney calculated at the rate of $160.00 per hour for 28.85 hours of work.  The motion further states that Defendant stipulates to an award of those fees.

Having reviewed the motion, I find that an award of fees under the Equal Access to Justice Act is proper and that Plaintiff's motion should be granted.  Accordingly, it is

ORDERED that Plaintiff's Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 29 U.S.C. § 2412  is **GRANTED**.  In accordance therewith, it is

ORDERED that attorney fees are awarded in the amount of $4616.00, payable to Plaintiff's counsel Kenneth Scott.

Dated January 9, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge